AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Culinary Innovations II, LLC <br><br> *Plaintiff(s)* <br> v. <br> Taste Bar and Grill, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-655-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taste Bar and Grill, LLC
c/o Latrice Rogers or Clifton Rogers
350 N Mart Plaza
Jackson, MS 39206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jones Walker LLP
c/o Hugh Warren, Esq.
3100 North State Street, Ste. 300
Jackson, MS 39216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: __08/29/2025__   _P. Green_
*Signature of Clerk or Deputy Clerk*

AUG 29 2025